# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>Plaintiff / Appellant,<br><br>v.<br><br>COX MEDIA GROUP, LLC, et al.,<br><br>Defendants / Appellees. | No. 20-2315<br><br>On Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br>No. 20-cv-00570<br>Hon. Thomas M. Durkin |

## DEFENDANT-APPELLEE COX MEDIA GROUP, LLC'S
## UNOPPOSED MOTION TO DISMISS APPEAL

Defendant-Appellee Cox Media Group, LLC ("Cox") requests that this Court dismiss it from this interlocutory appeal under Federal Rule of Appellate Procedure 27 and Circuit Operating Procedure 1. In support, Cox states as follows:

1. Plaintiff-Appellant DISH Network, L.L.C. ("DISH") filed this interlocutory appeal from the district court's July 20, 2020 order denying DISH's request for a preliminary injunction.

2. Since the appeal was filed, the district court granted Cox's motion to dismiss DISH's claims against it under Federal Rule of Civil Procedure 12(b)(6) and allowed DISH until October 2, 2020, to seek leave to file an amended complaint. *See* Mem. Op. & Order at 13, ECF No. 147, attached as Ex. 1.

3. DISH did not seek leave to file an amended complaint, and on October 14, 2020, the district court terminated Cox from the docket. *See* Oct. 14, 2020 Docket Entry & ECF No. 154, attached as Ex. 2.

1

4.     Thus, DISH's appeal of the district court's order denying its motion for preliminary injunction is moot as to Cox, and Cox should be dismissed from the appeal. *See, e.g.*, *Smith v. Frank*, 99 F. App'x 742, 743 (7th Cir. 2004).

5.     Counsel for Cox has conferred with counsel for DISH and the other Defendants-Appellees, who do not oppose this motion.

Dated: October 22, 2020               Respectfully submitted,

*/s/ Brian O. Watson*
Patricia Brown Holmes
Joshua D. Lee
Brian O'Connor Watson
Allison N. Siebeneck
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
pholmes@rshc-law.com
jlee@rshc-law.com
bwatson@rshc-law.com
asiebeneck@rshc-law.com

*Counsel for Cox Media Group, LLC*

## CERTIFICATE OF COMPLIANCE

I certify that:

1.     This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 212 words, as reported by the word count function of Microsoft Word, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 27(a)(2)(B); and

2.     This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) (incorporating by reference the requirements of Federal Rule of Appellate Procedure 32(a)(5), as modified by Circuit Rule 32(b), and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6)), because it has been prepared in a proportionally spaced typeface using Microsoft Word in 12-point Century Schoolbook.

*/s/ Brian O. Watson*
Brian O. Watson

## CERTIFICATE OF SERVICE

I certify that on October 22, 2020, these papers were filed with the Clerk of Court for the United States District Court of Appeals for the Seventh Circuit using the Court's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Brian O. Watson*
Brian O. Watson
